# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03060-AP

BRENDA R. NURRE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

Joint Case Management Plan

---

### 1. APPEARANCES OF COUNSEL

For Plaintiff:

Michael W. Seckar
402 W 12th St
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

For Defendant:

Daniel E. Burrows
Special Assistant U.S. Attorney
Social Security Administration
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

    This Court has jurisdiction based on Social Security Act § 205(g), 42 U.S.C.

§ 405(g)(2006).

3. **DATES OF FILING RELEVANT PLEADINGS**

    A. Date Complaint Was Filed: November 20, 2012(initial complaint)

    B. Date Complaint Was Served on U.S. Attorney's Office: January 22, 2013

    C. Date Answer and Administrative Record Were Filed: March 25, 2013

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    To the best of their knowledge, the parties believe the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties do not believe this case raises any unusual claims or defenses.

7. **OTHER MATTERS**

    This case is *not* on appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

8. **BRIEFING SCHEDULE**

    A. Plaintiff's Opening Brief Due: May 20, 2013

    B. Defendant's Response Brief Due: June 19, 2013

    C. Plaintiff's Reply Brief (If Any) Due: July 5, 2013

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    A.   <u>Plaintiff's Statement</u>: Plaintiff does not request oral argument.

    B.   <u>Defendant's Statement</u>: Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties consent to the exercise of jurisdiction by a magistrate judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

Parties filing motions for extensions of time or continuances must comply with D.C.COLO.LCivR 6.1(E) by submitting proof that a copy of the motion has been served upon the *moving attorney's client*, all attorneys of record, and all pro se parties.

The parties agree that the joint case management plan may be altered or amended only upon a showing of *good cause*.

DATED this 15th day of April, 2013.

                                       BY THE COURT:

                                       *s/John L. Kane*_____
                                       U.S. DISTRICT COURT JUDGE

APPROVED:

/s/*Michael W. Seckar*
MICHAEL W. SECKAR
402 W 12th St
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

JOHN F. WALSH
United States Attorney

J. BENEDICT GARCÍA
Assistant United States Attorney

/s/ *Daniel E. Burrows*
DANIEL E. BURROWS
Special Assistant U.S. Attorney
Social Security Administration
Office of the General Counsel
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov

Attorneys for Defendant