IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-03060-PAB

BRENDA R. NURRE,

       Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

       Defendant.

---

## ORDER

---

     This matter comes before the Court on the Stipulation for Equal Access to Justice Act Attorney Fees [Docket No. 26], *see* 28 U.S.C. § 2412(d), filed by plaintiff Brenda R. Nurre and defendant Carolyn W. Colvin.  The Court has reviewed the pleading and is fully advised of the premises.

     Accordingly, it is

     **ORDERED** that the Stipulation for Equal Access to Justice Act Attorney Fees [Docket No. 26] is **GRANTED**.  Defendant is ordered to pay the amount of $5,000.00 to plaintiff for attorney's fees under the EAJA, 28 U.S.C. § 2412(d).  It is further

     **ORDERED** that this award is without prejudice to the right of plaintiff's counsel to seek attorney fees under § 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.  It is further

     **ORDERED** that the EAJA attorney fee award shall be made payable to plaintiff and mailed to plaintiff's attorney pursuant to *Manning v. Astrue*, 510 F.3d 1246, 1251

(10th Cir. 2007).  It is further

**ORDERED** that if it is determined upon effectuation of this Order that plaintiff

does not owe a debt that is subject to offset under the Treasury Offset Program, and

the Commissioner agrees to accept the assignment, the fee awarded herein shall be

made payable to plaintiff's attorney.  If there is such a debt, any fee remaining after

offset will be payable to plaintiff and delivered to plaintiff's attorney.

DATED July 21, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge